DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL LEE BLAIR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-118

[October 4, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 15-6710 CF10A, 15-11071 CF10A, 15-11258 CF10A, 15-12422 CF10A, 15-12549 CF10A, 15-12957 CF10A, 15-14270 CF10A.

Carey Haughwout, Public Defender, and Tom Wm. Odom, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*AFFIRMED.*

WARNER, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***